Certificate Number: 01401-MIW-DE-031215360

Bankruptcy Case Number: 18-02585



01401-MIW-DE-031215360

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2018, at 4:28 o'clock PM EDT, Carol J Coss completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Michigan.

Date:   June 21, 2018

By:   /s/Jeremy Lark for Heather Cummings

Name:   Heather Cummings

Title:   Credit Counselor